UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| ORLANDO G. HARDAWAY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action Number 10 cv13576 |
| | ) | |
| vs. | ) | Judge Patrick J. Duggan |
| | ) | Magistrate Judge Michael Hluchaniuk |
| MICHAEL J. ASTRUE, | ) | |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

This matter comes before the Court on the parties' Agreed Petition to an Award of Attorney Fees Under the Equal Access to Justice Act.

The Court, having read the Agreed Petition and being duly advised now GRANTS said request, and hereby GRANTS the Agreed Petition to An Award of Attorney Fees under the Equal Access to Justice Act and ORDERS that Plaintiff be awarded attorney fees and expenses in the amount of $2,100.00 under the EAJA, 28 U.S.C. § 2412(d). This award with satisfy all Plaintiff's claims for fees, expenses, and costs under 28 U.S.C. § 2412.

S/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: November 1, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 1, 2011, by electronic and/or ordinary mail.

S/Marilyn Orem
Case Manager